## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Thomas C. Madden                                    CHAPTER 13
       Devin M. Madden
            Debtor(s)                        BKY. NO. 23-21648 CMB

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Associated Bank and index same on the master mailing list.


      Respectfully submitted,


/s/ *Denise Carlon*
    Denise Carlon
    13 Nov 2023, 17:24:57, EST

Brian C. Nicholas, Esq. (317240)  ☐
Denise Carlon, Esq. (317226)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com