IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Thomas C. Madden | : | Case No. 23-21648-CMB |
| Devin M. Madden | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | |
| Associated Bank, its successors and/or assigns | : | Related to Document #34 |
|     Movant(s) | : | |
| | : | |
| vs. | : | Hearing: 1/9/24 at 1:30 p.m. |
| Thomas C. Madden, Devin Madden and Ronda J. Winnecour, Trustee | : | |
|     Respondents | : | |

## TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO COLLATERAL 2019 CHEVROLET SILVERADO 1500 LD

Ronda J. Winnecour, Chapter 13 Standing Trustee, respectfully represents the following:

1. Associated Bank, its successors and/or assigns, requests for relief from the automatic stay as to the property 2019 Chevrolet Silverado 1500 LD.

2. The Meeting of Creditors was held on October 2, 2023.

3. A confirmation order was entered on October 4, 2023, confirming the plan dated September 1, 2023.

4. Prior to confirmation, the Trustee was not authorized to make distributions to creditors.

5. Debtors' plan provides for payment of Movant's secured claim as a long-term, continuing debt.

6. Debtors plan payments are current through November 2023.

7. Distributions to Movant will begin in the near future.

WHEREFORE, the Trustee so reports to the Court.

                                                  RONDA J. WINNECOUR,
                                                  CHAPTER 13 TRUSTEE

Date: November 30, 2023          By: /s/ James C. Warmbrodt
                                                  James C. Warmbrodt, PA I.D. 42524
                                                  Attorney for Chapter 13 Trustee
                                                  US Steel Tower, Suite 3250
                                                  600 Grant Street
                                                  Pittsburgh, PA  15219
                                                  (412) 471-5566
                                                  jwarmbrodt@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Thomas C. Madden | : | Case No. 23-21648-CMB |
| Devin M. Madden | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | |
| Associated Bank, its successors and/or assigns | : | Related to Document #34 |
|     Movant(s) | : | |
| | : | |
| vs. | : | Hearing: 1/9/24 at 1:30 p.m. |
| Thomas C. Madden, Devin Madden and Ronda J. Winnecour, Trustee | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th of November 2023, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Marta E. Villacorta, Esquire
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

Thomas C. Madden
2417 Eastbrook Road
New Castle, PA 16105

Devin M. Madden
829 Hawkins Avenue
West Mifflin, PA 15122

Michael C. Eisen, Esquire
404 McKnight Park Drive
Pittsburgh, PA 15237

Brian Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

<u>/s/Rosa Richard</u>
Office of Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com