**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Thomas C. Madden<br>          Devin M. Madden<br>                              Debtor(s) | CHAPTER 13 |
| Associated Bank, its successors and/or assigns<br>                              Movant<br>vs.<br>Thomas C. Madden<br>Devin M. Madden<br>                              Debtor(s) | NO. 23-21648 CMB |
| Ronda J. Winnecour<br>                              Trustee | 11 U.S.C. Section 362<br><br>re:  34 |

**ORDER OF COURT**

And on this __5th__ day of __December, 2023__, x20x1, it is hereby ORDERED that the Motion for Relief of Associated Bank, which was filed with the Court on or about 11/17/2023, is hereby WITHDRAWN and the hearing set for January 9, 2024 is CANCELLED.

By the Court,

FILED
12/5/23 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
                                                      dmk

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-21648-CMB

Thomas C. Madden  Chapter 13

Devin M. Madden

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2

Date Rcvd: Dec 05, 2023      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas C. Madden, 2417 Eastbrook Road, New Castle, PA 16105-6513 |
| jdb | + | Devin M. Madden, 829 Hawkins Ave, West Mifflin, PA 15122-1633 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Associated Bank bnicholas@kmllawgroup.com

Denise Carlon
     on behalf of Creditor Associated Bank dcarlon@kmllawgroup.com

Jeffrey Hunt
     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
     btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Leon P. Haller

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 05, 2023 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Michael C. Eisen
    on behalf of Debtor Thomas C. Madden attorneyeisen@yahoo.com aarin96@hotmail.com

Michael C. Eisen
    on behalf of Joint Debtor Devin M. Madden attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9