IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 23-21648-CMB |
| THOMAS C. MADDEN | : | |
| DEVIN M. MADDEN | : | |
|     DEBTORS | : | CHAPTER 13 |
| _____ | : | |
| THOMAS C. MADDEN | : | Scheduled Hearing Date: |
| DEVIN M. MADDEN | : | January 9, 2024 at 1:30 p.m. |
|     MOVANTS | : | |
| V. | : | |
| | : | |
| NO RESPONDENT | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION TO EMPLOY REAL ESTATE AGENT
DOCKET NO. 40**

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Real Estate Agent filed on December 4, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Real Estate Agent appears thereon. Pursuant to the Notice of Hearing, objections to the Application to Employ Real Estate Agent were to be filed and served no later than December 21, 2023.

    It is hereby requested that the Order attached to the Application to Employ Real Estate Agent be entered by the Court.

Dated: December 28, 2023        By: /s/ Michael C. Eisen
                                                        Michael C. Eisen, Esquire
                                                        M. EISEN & ASSOCIATES, P.C.
                                                        404 McKnight Park Drive
                                                        Pittsburgh, PA 15237
                                                        412-367-6005
                                                        PA ID# 74523
                                                        attorneyeisen@yahoo.com