IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 23-21648-CMB |
| THOMAS C. MADDEN | : | |
| DEVIN M. MADDEN | : | re doc. 40 |
| DEBTORS | : | CHAPTER 13 |
| _____ | : | |
| THOMAS C. MADDEN | : | Scheduled Hearing Date: |
| DEVIN M. MADDEN | : | January 9, 2024 at 1:30 p.m. |
| MOVANTS | : | |
| V. | : | |
| | : | **ENTERED BY DEFAULT** |
| NO RESPONDENT | : | |

### AMENDED ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW**, this \_\_\_\_28th\_\_\_\_ day of \_\_\_\_December\_\_\_\_, 2023, upon consideration of the *Application to Employ Realtor*, it is **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Valerie Rose and Coldwell Banker Realty, 1630 Washington Road, Pittsburgh, PA 15241, is hereby appointed as *Realtor* for the Debtors in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtors agent in connection with the sale of real estate located at 829 Hawkins Ave, West Mifflin, PA 15122. A realtor commission in the amount 6% of the sales price and a $400.00 Broker's Fee is tentatively approved, subject to final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including, results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount, for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or

less than the requested amount based on application of the above criteria.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

BY THE COURT:

_____
United States Bankruptcy Judge

dmk

cc:  Debtor

FILED
12/28/23 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA