IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

IN RE:                              :
                                    :           CASE NO. 23-21648-CMB
THOMAS C. MADDEN                    :
DEVIN M. MADDEN                     :           CHAPTER 13
        DEBTORS                     :
                                    :


PROOF OF PUBLICATION


Filed on behalf of:
Thomas C. Madden and
Devin M. Madden


Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

Bankruptcy Notice. Case Number: 23-21648-CMB. Debtor: Thomas C. Madden and Devin M. Madden

PAGE 1 OF 1

## Proof of Publication of Notice in Pittsburgh Legal Journal

*Commonwealth of Pennsylvania*  } SS:
*County of Allegheny,*  }

Before me, the undersigned notary public, this day, personally appeared Denise Velez to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

**Feb 12, 2024**

That affiant further states that he/she is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he/she is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

*Denise Velez*
Signature of Affiant

Subscribed and sworn to before me this 12th day of February, 2024

*Marye Zoe Young*
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Marye Zoe Young, Notary Public
Allegheny County
My commission expires November 8, 2025
Commission number 1408873
Member, Pennsylvania Association of Notaries

**Bankruptcy Notice**

In the United States Bankruptcy Court for the Western District of Pennsylvania
In Re: Thomas C. Madden and Devin M. Madden, Debtors
Case No. 23-21648-CMB
Chapter 13

Notice of Sale

To the Creditors and Parties in Interest of the above-named Debtors:

Notice Is Hereby Given That Michael C. Eisen, Attorney for the Debtors, has filed a Motion to Sell Real Property Free and Clear of all Mortgages, Liens and Encumbrances.

The Debtors, Thomas C. Madden and Devin M. Madden, has received an offer of $167,000.00 for the Debtors real property located 829 Hawkins Ave., West Mifflin, PA 15122, Parcel No. 0181-L-00230, in Allegheny County, free and clear of all liens and encumbrances.

A hearing will be held in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on February 27, 2024 at 1:30 p.m. before Judge Carlota M. Bohm for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtor's attorney, Michael C. Eisen, Esquire, M. Eisen & Associates, P.C., 404 McKnight Park Drive, Pittsburgh, PA 15237, 412-367-9005.
24-00503 Feb 12, 2024

Aarin Weber
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237

### Statement of Advertising Cost

| | |
|---|---|
| For publishing the notice or advertisement on the above stated dates | $377.00 |
| Proof Fees | $0.00 |
| Total | $377.00 |

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 24-00503