IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 23-21648-CMB |
| Thomas C. Madden | : | |
| Devin M. Madden | : | |
|     Debtors | : | Chapter 13 |
| _____ | : | |
| Thomas C. Madden | : | Scheduled Hearing Date: |
| Devin M. Madden | : | February 27, 2024 at 1:30 p.m. |
|     Movants | : | |
| | : | |
| V. | : | |
| | : | |
| ACAR Leasing Ltd, | : | |
| Associated Bank, | : | |
| Baxter Credit Union, | : | |
| BCU, | : | |
| Capital One, | : | |
| Care Credit, | : | |
| Discover Bank, | : | |
| Duquesne Light Company, | : | |
| GM Financial, | : | |
| Home Depot Credit Services, | : | |
| Jefferson Capital Systems LLC, | : | |
| Levin Furniture, | : | |
| LVNV Funding, LLC, | : | |
| Mohela/Dept of Ed, | : | |
| PHFA, | : | |
| Portfolio Recovery Associates, LLC | : | |
| SYNCB/Amazon, | : | |
| UPMC Health Services, | : | |
| UPMC Physician Services, | : | |
| Ronda, J. Winnecour, Trustee | : | |
|     Respondents | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL MORTGAGES, LIENS AND ENCUMBRANCES DOCKET NO. 51**

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Sell Real Property Free and Clear of All Mortgages, Liens and Encumbrances filed on January 31, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Sell Real Property Free and Clear of All Mortgages, Liens and Encumbrances appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Sell Real Property Free and Clear of All Mortgages, Liens and Encumbrances were to be filed and served no later than February 17, 2024.

It is hereby requested that the Order attached to the Motion to Sell Real Property Free and Clear of All Mortgages, Liens and Encumbrances be entered by the Court.

Dated: <u>February 20, 2024</u>                    By: <u>/s/ Michael C. Eisen</u>
                                                                         Michael C. Eisen, Esquire
                                                                         M. EISEN & ASSOCIATES, P.C.
                                                                         404 McKnight Park Drive
                                                                         Pittsburgh, PA 15237
                                                                         412-367-6005
                                                                         PA ID# 74523
                                                                         attorneyeisen@yahoo.com