IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

IN RE:                                      :
                                            :   CASE NO. 23-21648-CMB
THOMAS C. MADDEN                            :
DEVIN M. MADDEN                             :   CHAPTER 13
      DEBTORS                              :
                                            :

PROOF OF PUBLICATION

Filed on behalf of:
Thomas C. Madden and
Devin M. Madden

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss _____D. Rullo_____, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _____regular_____ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**08 of February, 2024**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____
PG Publishing Company

Sworn to and subscribed before me this day of:
February 8, 2024

_____

Commonwealth of Pennsylvania - Notary Seal
Amy McCay, Notary Public
Allegheny County
My commission expires January 24, 2026
Commission number 1323004
Member, Pennsylvania Association of Notaries

**STATEMENT OF ADVERTISING COSTS**
M. Eisen & Associates, P.C.
404 McKnight Park Dr.
Pittsburgh, PA 15237

To PG Publishing Company
Total ---------------------------------------- $357.50

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforesaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
Clinton, PA 15026
legaladvertising@post-gazette.com
Phone 412-263-1440

PG Publishing Company, a Corporation, Publisher of
Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

_____ Attorney For

**COPY OF NOTICE OR PUBLICATION**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
IN RE:
CASE NO. 23-21648-CMB
THOMAS C. MADDEN :
DEVIN M. MADDEN :
DEBTORS : CHAPTER 13
NOTICE OF SALE
To the Creditors and Parties in Interest of the above-named Debtors:
NOTICE IS HEREBY GIVEN THAT Michael C. Eisen, Attorney for the Debtors, has filed a Motion to Sell Real Property Free and Clear of all Mortgages, Liens and Encumbrances. The Debtors, Thomas C. Madden and Devin M. Madden, has received an offer of $167,000.00 for the Debtors real property located 829 Hawkins Ave, West Mifflin, PA 15122, Parcel No. 0181-L-00230, in Allegheny County, free and clear of all liens and encumbrances. A hearing will be held in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on February 27, 2024 at 1:30 p.m. before Judge Carlota M. Bohm for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted. Additional information is available at the office of the Debtor's attorney, Michael C. Eisen, Esquire, M. Eisen & Associates, P.C., 404 McKnight Park Drive, Pittsburgh, PA 15237, 412-367-9005.