# PROCEEDING MEMO

**Date: 02/27/2024 01:30 pm**

**In re:** Thomas C. Madden
Devin M. Madden

Bankruptcy No. 23-21648-CMB
Chapter: 13
Doc. # 51

**Appearances:** Michael Eisen, Esq.
Ronda Winnecour

**Nature of Proceeding:** #51 Motion to Sell Property Free and Clear of Liens under Section 363(f)
Re: 829 Hawkins Ave, West Mifflin, PA 15122

**Outcome:** Hearing held. No higher or better offers. No objections. Sale confirmed. Modified Default Order to be entered.

FILED
2/27/24 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA