IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 23-21648-CMB |
| Thomas C. Madden | : | |
| Devin M. Madden | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Thomas C. Madden | : | Scheduled Hearing Date: |
| Devin M. Madden | : | February 27, 2024 at 1:30 p.m. |
| Movants | : | |
| | : | |
| V. | : | Related to Docket No. 51 |
| | : | |
| ACAR Leasing Ltd, | : | |
| Associated Bank, | : | |
| Baxter Credit Union, | : | |
| BCU, | : | |
| Capital One, | : | |
| Care Credit, | : | |
| Discover Bank, | : | |
| Duquesne Light Company, | : | |
| GM Financial, | : | |
| Home Depot Credit Services, | : | |
| Jefferson Capital Systems LLC, | : | |
| Levin Furniture, | : | |
| LVNV Funding, LLC, | : | |
| Mohela/Dept of Ed, | : | |
| PHFA, | : | |
| Portfolio Recovery Associates, LLC | : | |
| SYNCB/Amazon, | : | |
| UPMC Health Services, | : | |
| UPMC Physician Services, | : | |
| Ronda, J. Winnecour, Trustee | : | |
| Respondents | : | |

## AMENDED ORDER

AND NOW, this __27th__ day of __February__, 2024, upon consideration of the Debtor's Motion to Sell Property Free and Clear of All Mortgages, Liens and Encumbrances, to Thomas Garrison for $167,000.00, after hearing held in Courtroom "B", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, this date, the Court finds:

1. That the service of the Notice of Hearing and Order Setting hearing on said ~~Complaint~~ *Motion* for private sale of real property free and divested of liens of the above named

Respondents, was effected on the following Secured creditors whose liens are recited in said Motion for Private Sale, viz:

| DATE OF SERVICE | NAME OF LIEN OR AND SECURITY |
|---|---|
| January 31, 2024 | Pennsylvania Housing Finance Agency |

2. That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of service duly filed and that the named parties were duly served with the Motion.

3. That said Notice of Sale was duly advertised in the Pittsburgh Tribune Review and the Pittsburgh Legal Journal, as shown by the Proof of Publications duly filed.

4. The sale was advertised on the Courts EASI website.

5. That at the sale hearing the highest/best offer received was that of the above Purchaser and no objections to the sale were made which would result in the cancellation of said sale.

6. That the purchase price of $167,000.00* offered by Thomas Garrison was a full and fair price for the property in question.

7. That the purchaser has acted in good faith with respect to the within sale.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED, that the sale by Special Warranty Deed of the real property known as 829 Hawkins Ave, West Mifflin, PA 15122 is hereby CONFIRMED to Thomas Garrison for $167,000.00,* free and divested of the above recited liens and claims, and, that the Movants are authorized to make, execute and deliver to the Purchaser above named the necessary deed and or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

IT IS FURTHER ORDERED, that the above recited liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extend they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

IT IS FURTHER ORDERED, that the following expense/costs shall be paid at the time of closing. Failure of the Closing Agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions, including other things, a fine or the

*With a seller's assist of $6,680, the net price is $160,320.

imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after notice and hearing.

1. The following liens/claims shall be paid in full at closing:
   A. Pennsylvania Housing Finance Agency, payoff amount of, **$83,245.85;**
2. All appropriate tax certificates have been provided and the current real estate taxes, pro-rated to the date of closing $ TBD ;
3. The costs of local newspaper advertising in the amount of **$357.50** (this fee to be reimbursed to Michael C. Eisen, Esq.);
4. The costs of legal journal advertising in the amount of **$377.00** (this fee to be reimbursed to Michael C. Eisen, Esq.);
5. Court approved realtor commission in the amount of ~~$10,020.00~~ *$9,619.20*** plus $400.00 fee;
6. Court approved attorney fees to Michael C. Eisen, Esq. in the amount of **$1,500.00**;
7. Reimbursement to Michael C. Eisen, Esq. for filing fee of Motion to Sell Real Estate **$199.00**;
8. Reimbursement to Michael C. Eisen, Esq. for cost of postage and photo copies **$25.75**;
9. Chapter 13 Trustee "percentage" fees in the amount of **$0.00** payable to Ronda J. Winnecour, Esq., Chapter 13 Trustee, PO Box 2587, Pittsburgh, PA 15230;
10. All net proceeds, not to exceed $27,900.00, which is the amount exempted on Schedule C of the Debtor's bankruptcy petition, shall be paid directly to the Debtor at the closing.
11. Any remaining "net proceeds" from the closing as identified on the HUD-1 to the Chapter 13 Trustee payable to Ronda J. Winnecour, Chapter 13 Trustee, PO Box 84051, Chicago, IL 60689.

IT IS FURTHER ORDERED that:
1. Closing shall occur within thirty (30) days of this Order;
2. Within ten (10) days following the closing, the Movant shall file a Report of Sale which shall include a copy of the HUD-1 or other Settlement Statement;
3. Within seven (7) days of the date of this Order, the Movant shall serve a copy of the within Order on each Respondent (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who

*** Adjusted for seller's assist.

answered the motion or appeared at the hearing, the attorney for the Debtor, the Closing Agent, the Purchasers, and the attorney for the Purchaser, if any, and file a certificate of service.

4. This Sale Confirmation Order survives any dismissal or conversion of the within case.

5. Notwithstanding anything in the sale agreement to the contrary, the Bankruptcy Court shall have exclusive jurisdiction to resolve any dispute arising out of this transaction.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

FILED
2/27/24 4:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21648-CMB |
| Thomas C. Madden | Chapter 13 |
| Devin M. Madden | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas C. Madden, 2417 Eastbrook Road, New Castle, PA 16105-6513 |
| jdb | #+ | Devin M. Madden, 829 Hawkins Ave, West Mifflin, PA 15122-1633 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:**

**Name**              **Email Address**

Denise Carlon
    on behalf of Creditor Associated Bank dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Leon P. Haller

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Michael C. Eisen

on behalf of Debtor Thomas C. Madden attorneyeisen@yahoo.com aarin96@hotmail.com

Michael C. Eisen

on behalf of Joint Debtor Devin M. Madden attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8