IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | Case No. 23-21648-CMB |
| Thomas C. Madden | |
| Devin M. Madden | |
|     Debtors | Chapter 13 |
| | |
| Thomas C. Madden | Related to Docket No. 64 |
| Devin M. Madden | |
|     Movants | |
| | |
| V. | |
| | |
| ACAR Leasing Ltd, | |
| Associated Bank, | |
| Baxter Credit Union, | |
| BCU, | |
| Capital One, | |
| Care Credit, | |
| Discover Bank, | |
| Duquesne Light Company, | |
| GM Financial, | |
| Home Depot Credit Services, | |
| Jefferson Capital Systems LLC, | |
| Levin Furniture, | |
| LVNV Funding, LLC, | |
| Mohela/Dept of Ed, | |
| PHFA, | |
| Portfolio Recovery Associates, LLC | |
| SYNCB/Amazon, | |
| UPMC Health Services, | |
| UPMC Physician Services, | |
| Ronda, J. Winnecour, Trustee | |
|     Respondents | |

**ORDER**

Based on the foregoing Motion to Withdraw Expedited Motion to Vacate the Order dated February 27, 2024 and Approve the Amended Order to Sell Real Property Free and Clear of All Mortgages, Liens and Encumbrances it is hereby ORDERED, ADJUDGED AND DECREED that the Motion is granted and the Order dated February 27, 2024, docket number 59, approving the sale will govern.

Date: 3/20/24

United States Bankruptcy Judge

FILED
3/20/24 11:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21648-CMB |
| Thomas C. Madden | Chapter 13 |
| Devin M. Madden | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 20, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas C. Madden, 2417 Eastbrook Road, New Castle, PA 16105-6513 |
| jdb | #+ | Devin M. Madden, 829 Hawkins Ave, West Mifflin, PA 15122-1633 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

**Name**              **Email Address**

Denise Carlon
    on behalf of Creditor Associated Bank dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Leon P. Haller

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 20, 2024 | Form ID: pdf900 | Total Noticed: 2

on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Michael C. Eisen
on behalf of Debtor Thomas C. Madden attorneyeisen@yahoo.com aarin96@hotmail.com

Michael C. Eisen
on behalf of Joint Debtor Devin M. Madden attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8