IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVNA

| | |
|---|---|
| IN RE: | : |
| | :    CASE NO. 23-21648-CMB |
| DEVIN M. MADDEN | : |
| | :    CHAPTER 13 |
| DEBTOR | : |
| | : |

NOTICE OF DEBTOR'S
CHANGE OF ADDRESS

Old Address:   829 Hawkins Ave
               West Mifflin, PA 15122

New Address:   708 Old Clairton Road
               Clairton, PA 15025

Dated: April 10, 2024            /s/ Michael C. Eisen
                                 Michael C. Eisen, Esquire
                                 M. EISEN & ASSOCIATES, P.C.
                                 404 McKnight Park Drive
                                 Pittsburgh, PA 15237
                                 412-367-9005
                                 PA ID# 74523
                                 attorneyeisen@yahoo.com