IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 23-21648-CMB |
| Thomas C. Madden, and Devin M. Madden, <br>     Debtor(s). | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee, <br>     Movant(s), | |
| vs. | |
| Thomas C. Madden, and Devin M. Madden, <br>     Respondent(s). | |

## CONSENT ORDER PROVIDING FOR DISTRIBUTION OF NET PROCEEDS OF SALE

WHEREAS, the Court approved a sale of 829 Hawkins Ave, West Mifflin, PA 15122 ("Property"), at Doc 59, which provided that the Debtor's share of the net sale proceeds, after the Debtor's exemption, were to be paid over to the Trustee without any instructions on the disposition of such proceeds;

WHEREAS, Trustee has received net proceeds of $34,629.31 on or about 4/9/24 (see also Report of Sale at Doc 74) (the "Net Sale Proceeds"); and

NOW, THEREFORE, the parties, consisting of the Debtor(s) and Trustee, agree that the Net Sale Proceeds shall be deemed to be additional plan funding (i.e., shall not affect the plan base as established by the currently controlling plan, as confirmed) and shall be distributed, after deduction of Trustee fees, to general unsecured creditors.

So ORDERED, this _____ day of _____, 20____.

_____
U.S. Bankruptcy Judge

AGREED TO:

/s/ Owen Katz
Owen Katz, Esquire,
PA I.D. 36473
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
Attorney for Trustee

/s/ Michael C. Eisen
Michael C. Eisen, Esquire
PA ID. 74523
M. EISEN & ASSOCIATES, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com
Attorney for Debtor(s)