**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 23-21648-CMB |
| Thomas C. Madden, and Devin M. Madden,<br>    Debtor(s). | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant(s), | re doc. 76 |
| vs. | |
| Thomas C. Madden, and Devin M. Madden,<br>    Respondent(s). | |

**CONSENT ORDER PROVIDING FOR DISTRIBUTION OF
NET PROCEEDS OF SALE**

WHEREAS, the Court approved a sale of 829 Hawkins Ave, West Mifflin, PA 15122 ("Property"), at Doc 59, which provided that the Debtor's share of the net sale proceeds, after the Debtor's exemption, were to be paid over to the Trustee without any instructions on the disposition of such proceeds;

WHEREAS, Trustee has received net proceeds of $34,629.31 on or about 4/9/24 (see also Report of Sale at Doc 74) (the "Net Sale Proceeds"); and

NOW, THEREFORE, the parties, consisting of the Debtor(s) and Trustee, agree that the Net Sale Proceeds shall be deemed to be additional plan funding (i.e., shall not affect the plan base as established by the currently controlling plan, as confirmed) and shall be distributed, after deduction of Trustee fees, to general unsecured creditors.

So ORDERED, this __16th__ day of __April__, 20__24__.

_____
U.S. Bankruptcy Judge

dmk

AGREED TO:

/s/ Owen Katz
Owen Katz, Esquire,
PA I.D. 36473
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
Attorney for Trustee

/s/ Michael C. Eisen
Michael C. Eisen, Esquire
PA ID. 74523
M. EISEN & ASSOCIATES, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com
Attorney for Debtor(s)

FILED
4/16/24 8:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21648-CMB |
| Thomas C. Madden | Chapter 13 |
| Devin M. Madden | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas C. Madden, 2417 Eastbrook Road, New Castle, PA 16105-6513 |
| jdb | + | Devin M. Madden, 708 Old Clairton Road, Clairton, PA 15025-3130 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 18, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Associated Bank dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Leon P. Haller | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Michael C. Eisen | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 2 |

Michael C. Eisen
    on behalf of Debtor Thomas C. Madden attorneyeisen@yahoo.com aarin96@hotmail.com
    on behalf of Joint Debtor Devin M. Madden attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8