| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Thomas C. Madden<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9335<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Devin M. Madden<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–5370<br>__–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13   8/4/23 |
| Case number: | 23–21648–CMB | Date case converted to chapter: | 7   10/18/24 |

Official Form 309B (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set       10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas C. Madden | Devin M. Madden |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2417 Eastbrook Road<br>New Castle, PA 16105 | 708 Old Clairton Road<br>Clairton, PA 15025 |
| 4. | **Debtor's attorney**<br>Name and address | Michael C. Eisen<br>M. Eisen and Associates PC<br>404 McKnight Park Drive<br>Pittsburgh, PA 15237 | Contact phone 412–367–9005<br>Email: attorneyeisen@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br>Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**       page **1**

| 6. **Bankruptcy clerk's office** | U.S. Bankruptcy Court | Hours open: |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/18/24 |
| 7. **Meeting of creditors** | | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 18, 2024 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 714 725 9189, and Passcode 1961058710, call 1–828–998–0367**<br><br>For additional information, go to: https://www.justice.gov/ust/moc |
| 8.     **Presumption of abuse** | | The presumption of abuse does not arise. |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/17/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/27/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/30/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 23-21648-CMB
Thomas C. Madden                                                                              Chapter 7
Devin M. Madden
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                       User: auto                          Page 1 of 4
Date Rcvd: Oct 18, 2024               Form ID: 309B                      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Thomas C. Madden, 2417 Eastbrook Road, New Castle, PA 16105-6513 |
| jdb | + | Devin M. Madden, 708 Old Clairton Road, Clairton, PA 15025-3130 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | J. Ward Holliday, J. Ward Holliday & Associates, P.C., 5930 Royal Lane, Suite 279, Dallas, TX 75230-3849 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kebeck@bernsteinlaw.com | Oct 18 2024 23:56:00 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | + | Email/Text: ebnjts@grblaw.com | Oct 18 2024 23:56:00 | Jeffrey Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| aty | | EDI: QLPHALLER | Oct 19 2024 03:37:00 | Leon P. Haller, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| aty | | Email/Text: attorneyeisen@yahoo.com | Oct 18 2024 23:56:00 | Michael C. Eisen, M. Eisen and Associates PC, 404 McKnight Park Drive, Pittsburgh, PA 15237 |
| tr | + | EDI: BRCCRAWFORD.COM | Oct 19 2024 03:37:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Oct 19 2024 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2024 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 19 2024 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2024 23:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Oct 18 2024 23:56:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | EDI: AISACG.COM | Oct 19 2024 03:38:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| cr | ^ MEBN | Oct 18 2024 23:42:17 | Associated Bank, P.O. Box 1368, Williamsville, NY 14231-1368 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Oct 18 2024 23:56:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15628813 | + EDI: PHINAMERI.COM | Oct 19 2024 03:37:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15634547 | + EDI: PHINAMERI.COM | Oct 19 2024 03:37:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 15625307 | ^ MEBN | Oct 18 2024 23:42:17 | Associated Bank N.A., PO Box 1368, Williamsville, NY 14231-1368 |
| 15643153 | Email/Text: bankruptcies.notifications@bcu.org | Oct 18 2024 23:57:00 | BCU, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 15625308 | Email/Text: bankruptcies.notifications@bcu.org | Oct 18 2024 23:57:00 | Baxter Credit Union, 340 N. Milwaukee Ave, Vernon Hills, IL 60061 |
| 15625309 | + EDI: CAPITALONE.COM | Oct 19 2024 03:37:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15637380 | EDI: CAPITALONE.COM | Oct 19 2024 03:37:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15625310 | + EDI: SYNC | Oct 19 2024 03:37:00 | Care Credit, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15625311 | EDI: DISCOVER | Oct 19 2024 03:37:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 15633209 | EDI: DISCOVER | Oct 19 2024 03:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15644782 | + Email/Text: jdryer@bernsteinlaw.com | Oct 18 2024 23:56:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15625312 | + EDI: PHINAMERI.COM | Oct 19 2024 03:37:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 15625313 | + EDI: CITICORP | Oct 19 2024 03:37:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 15646526 | EDI: JEFFERSONCAP.COM | Oct 19 2024 03:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15637939 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 23:55:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15625314 | + EDI: SYNC | Oct 19 2024 03:37:00 | Levin Furniture, Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15625315 | Email/Text: EBN@Mohela.com | Oct 18 2024 23:56:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15678814 | Email/Text: EBN@Mohela.com | Oct 18 2024 23:56:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15625316 | + Email/Text: blegal@phfa.org | Oct 18 2024 23:56:00 | PHFA, 211 N. Front Street, Harrisburg, PA 17101-1466 |
| 15646468 | EDI: PRA.COM | Oct 19 2024 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15678781 | + Email/Text: blegal@phfa.org | Oct 18 2024 23:56:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15625317 | + EDI: SYNC | Oct 19 2024 03:37:00 | SYNCB/Amazon, Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2024 | Form ID: 309B | Total Noticed: 39 |

| 15645934 | Email/Text: BNCnotices@dcmservices.com | Oct 18 2024 23:56:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15645565 | Email/Text: BNCnotices@dcmservices.com | Oct 18 2024 23:56:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15634548 | *+ | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Associated Bank dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Michael C. Eisen | on behalf of Debtor Thomas C. Madden attorneyeisen@yahoo.com aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Joint Debtor Devin M. Madden attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |

District/off: 0315-2   User: auto   Page 4 of 4
Date Rcvd: Oct 18, 2024   Form ID: 309B   Total Noticed: 39

TOTAL: 9