**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas C. Madden<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9335<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Devin M. Madden<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5370<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   23–21648–CMB

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas C. Madden                    Devin M. Madden

1/22/25                             **By the court:**  Carlota M Bohm
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-21648-CMB
Thomas C. Madden  Chapter 7
Devin M. Madden
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 3
Date Rcvd: Jan 22, 2025　　　　　　　　Form ID: 318　　　　　　　　　　Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#　　　　Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Thomas C. Madden, 2417 Eastbrook Road, New Castle, PA 16105-6513 |
| jdb | + | Devin M. Madden, 708 Old Clairton Road, Clairton, PA 15025-3130 |
| aty | + | J. Ward Holliday, J. Ward Holliday & Associates, P.C., 5930 Royal Lane, Suite 279, Dallas, TX 75230-3849 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jan 23 2025 05:09:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jan 23 2025 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2025 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 23 2025 05:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2025 00:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jan 23 2025 05:09:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jan 23 2025 00:12:22 | Associated Bank, P.O. Box 1368, Williamsville, NY 14231-1368 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 23 2025 00:27:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15628813 | + | EDI: PHINAMERI.COM | Jan 23 2025 05:09:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15634547 | + | EDI: PHINAMERI.COM | Jan 23 2025 05:09:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 16464368 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2025 00:52:11 | Ally Bank, Resurgent Capital Services, PO Box |

Case 23-21648-CMB   Doc 114   Filed 01/24/25   Entered 01/25/25 00:34:52   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2025 | Form ID: 318 | Total Noticed: 34 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 10368, Greenville, SC 29603-0368 |
| 15625307 | ^ | MEBN | Jan 23 2025 00:12:22 | Associated Bank N.A., PO Box 1368, Williamsville, NY 14231-1368 |
| 15643153 | | Email/Text: bankruptcies.notifications@bcu.org | Jan 23 2025 00:27:00 | BCU, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 15625308 | | Email/Text: bankruptcies.notifications@bcu.org | Jan 23 2025 00:27:00 | Baxter Credit Union, 340 N. Milwaukee Ave, Vernon Hills, IL 60061 |
| 15625309 | + | EDI: CAPITALONE.COM | Jan 23 2025 05:09:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15637380 | | EDI: CAPITALONE.COM | Jan 23 2025 05:09:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15625310 | + | EDI: SYNC | Jan 23 2025 05:09:00 | Care Credit, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15625311 | | EDI: DISCOVER | Jan 23 2025 05:09:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 15633209 | | EDI: DISCOVER | Jan 23 2025 05:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15644782 | + | Email/Text: jdryer@bernsteinlaw.com | Jan 23 2025 00:27:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15625312 | + | EDI: PHINAMERI.COM | Jan 23 2025 05:09:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 15625313 | + | EDI: CITICORP | Jan 23 2025 05:09:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 15646526 | | EDI: JEFFERSONCAP.COM | Jan 23 2025 05:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15637939 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2025 00:40:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15625314 | + | EDI: SYNC | Jan 23 2025 05:09:00 | Levin Furniture, Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15625315 | | Email/Text: EBN@Mohela.com | Jan 23 2025 00:27:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15678814 | | Email/Text: EBN@Mohela.com | Jan 23 2025 00:27:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15625316 | + | Email/Text: blegal@phfa.org | Jan 23 2025 00:27:00 | PHFA, 211 N. Front Street, Harrisburg, PA 17101-1466 |
| 15646468 | | EDI: PRA.COM | Jan 23 2025 05:09:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15678781 | + | Email/Text: blegal@phfa.org | Jan 23 2025 00:27:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15625317 | + | EDI: SYNC | Jan 23 2025 05:09:00 | SYNCB/Amazon, Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15645934 | | Email/Text: BNCnotices@dcmservices.com | Jan 23 2025 00:27:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15645565 | | Email/Text: BNCnotices@dcmservices.com | Jan 23 2025 00:27:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15634548 | *+ | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Associated Bank blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Associated Bank dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Michael C. Eisen | on behalf of Debtor Thomas C. Madden attorneyeisen@yahoo.com aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Joint Debtor Devin M. Madden attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 10