**PROCEEDING MEMO**

**Date:** 01/28/2025 1:30 PM

**In re:** Thomas C. Madden
Devin M. Madden

**Bankruptcy No.** 23-21648-CMB
**Chapter:** 7
**Doc. #107**

**Appearances:** Brent Lemon, Esq.
Michael Eisen, Esq.

**Nature of Proceeding:** #107 Continued Hearing Re: Motion of Associated Bank, Its Sucessores And/Or Assigns For Relief From The Automatic Stay Under Section 362 Pursuant To Bankruptcy Procedure Rule 4001

**Additional Pleadings:** #110 Response by Debtors

- Relief from Stay is Granted.

- Modified Order entered.

Carlota Böhm
U.S. Bankruptcy Judge

SIGNED
1/28/25 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA