UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

THOMAS C. MADDEN
DEVIN M. MADDEN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:23-21648 CMB

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/04/2023 and confirmed on 10/04/2023 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 51,989.70 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,989.70 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,485.60 | |
|   Trustee Fee | 3,119.38 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,604.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PHFA(*) | 6,095.23 | 6,095.23 | 0.00 | 6,095.23 |
|     Acct: 7672 | | | | |
|   ASSOCIATED BANK NA | 0.00 | 6,274.09 | 0.00 | 6,274.09 |
|     Acct: 0599 | | | | |
|   ASSOCIATED BANK NA | 459.00 | 459.00 | 0.00 | 459.00 |
|     Acct: 0599 | | | | |
| | | | | 12,828.32 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS C. MADDEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS C. MADDEN | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 4,000.00 | 3,485.60 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9070 | | | | |

| 23-21648 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX1648 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| BAXTER CREDIT UNION | 33,800.33 | 8,661.67 | 0.00 | 8,661.67 |
| Acct: 6302 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 21,622.91 | 5,541.09 | 0.00 | 5,541.09 |
| Acct: 2068 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 13,795.44 | 3,535.22 | 0.00 | 3,535.22 |
| Acct: 7666 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,778.84 | 968.37 | 0.00 | 968.37 |
| Acct: 9120 | | | | |
| DISCOVER BANK(*) | 10,919.74 | 2,798.29 | 0.00 | 2,798.29 |
| Acct: 3520 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 1,727.97 | 442.81 | 0.00 | 442.81 |
| Acct: 7568 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,197.21 | 563.06 | 0.00 | 563.06 |
| Acct: 2193 | | | | |
| US DEPARTMENT OF EDUCATION | 34,322.24 | 8,795.42 | 0.00 | 8,795.42 |
| Acct: 5370 | | | | |
| LVNV FUNDING LLC | 2,579.95 | 661.14 | 0.00 | 661.14 |
| Acct: 7230 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 125.18 | 32.08 | 0.00 | 32.08 |
| Acct: 1722 | | | | |
| UPMC PHYSICIAN SERVICES | 443.69 | 113.70 | 0.00 | 113.70 |
| Acct: 5370 | | | | |
| UPMC HEALTH SERVICES | 1,711.35 | 438.55 | 0.00 | 438.55 |
| Acct: 9335 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 32,551.40 |
| **TOTAL PAID TO CREDITORS** | | | | 45,384.72 |

TOTAL CLAIMED
PRIORITY               5.00
SECURED            6,554.23
UNSECURED        127,024.85

Date: 03/11/2025                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com